**No. 52844.**—J. H. Erstein & Bros. *v.* United States, protests 644643–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. The claim at 35 percent ad valorem under paragraph 914, plus any additional duty applicable under paragraph 924, was therefore sustained.